closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LUKE E. DUMAS

                Plaintiff,

   v.

RITE AID CORPORATION, dba Thrifty Payless, Inc., a California corporation, and TRAVELERS, an unknown entity,

                Defendants.

Case No. 2:13-cv-00213-JFW-VBK

JUDGE JOHN F. WALTER

**ORDER RE: DISMISSAL OF ACTION IN ITS ENTIRETY <u>WITH PREJUDICE</u>**

## <u>ORDER</u>

The Court, having considered the parties' Joint Stipulation to Dismiss Entire Action <u>With</u> <u>Prejudice</u>, and consistent with the Court's March 12, 2013 Order, finding good cause therefor, adopts the terms thereof as the Order of the Court, and hereby orders that Case No. 2:13-cv-00213-JFW-VBK be dismissed in its entirety <u>with</u> prejudice.

IT IS SO ORDERED.

Dated: April 11, 2013

_____

Honorable John F. Walter
United States District Court