closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE E. DUMAS,<br><br>       Plaintiff,<br><br> v.<br><br>RITE AID CORPORATION, dba Thrifty Payless, Inc., a California corporation, and TRAVELERS, an unknown entity,<br><br>       Defendants. | Case No. 2:13-cv-00213-JFW-VBK<br><br>JUDGE JOHN F. WALTER<br><br>**ORDER RE: DISMISSAL OF ACTION IN ITS ENTIRETY <u>WITH PREJUDICE</u>** |

## <u>ORDER</u>

The Court, having considered the parties' Joint Stipulation to Dismiss Entire Action <u>With</u> <u>Prejudice</u>, and consistent with the Court's March 12, 2013 Order, finding good cause therefor, adopts the terms thereof as the Order of the Court, and hereby orders that Case No. 2:13-cv-00213-JFW-VBK be dismissed in its entirety <u>with</u> <u>prejudice</u>.

IT IS SO ORDERED.

Dated: April 11, 2013

                    _____
                    Honorable John F. Walter
                    United States District Court